IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LAWRENCE HOWARD KAHLE, <br><br> Defendant. | CR 21–19–BLG–DLC <br><br><br> ORDER |

    Upon the United States of America's Unopposed Motion to Dismiss Petition and Quash Warrant (Doc. 87) and good cause appearing in support thereof,

    IT IS ORDERED that the Motion (Doc. 87) is GRANTED. The pending petition to revoke, dated April 26, 2024, is DISMISSED and the associated warrant for the Defendant's arrest is QUASHED.

    DATED this 15th day of August, 2025.

Dana L. Christensen, District Judge
United States District Court